# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 46 EM 2015

Respondent :

v. :

ANWAR S. ALI, :

Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of June, 2015, the Application for a Stay, the Application for an Immediate Hearing, and the Application for Extraordinary Relief are **DENIED**.